NUMBER
13-01-755-CR

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

__________________________________________________________________

 

RICHARD JONES,                                                                 Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

__________________________________________________________________

 

                        On
appeal from the 105th District Court 

                                  of Nueces County, Texas.

___________________________________________________________________

 

                                   O
P I N I O N

 

         Before
Chief Justice Valdez and Justices Hinojosa and Yanez

                                       Opinion
Per Curiam

 








Appellant, RICHARD JONES,
perfected an appeal from a judgment entered by the 105th
District Court of Nueces County, Texas,  in cause number 01-CR-1762-D.  Appellant has filed a motion to dismiss the
appeal.  The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted.  Appellant's motion to
dismiss the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 2nd
day of May, 2002.